FILED
JUL 28 AM 9:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE MOSE BLANCH, III,         )
                                 )
        Plaintiff,               )
                                 )
vs.                              )  CV 99-P-0057-S
                                 )
JUDGE WILLIAM A. ROBINSON,       )
and MAGISTRATE VELMA PICKETT,    )
                                 )
        Defendants.              )

ENTERED
JUL 28 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 11, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because plaintiff seeks monetary relief from a defendant who is immune from such relief. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) because plaintiff seeks monetary relief from a defendant who is immune from such relief. A Final Judgment will be entered.

7

DATED this 27" day of July, 1999.

*[signature]*
SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2